```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2024_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Sickafus Sheepskins, Inc.,

                Defendant.

23 Civ. 7623 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 31, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by October 27, 2023.  ECF No. 7.  On October 30, 2023, having received no submissions, the Court extended the deadline to November 27, 2023.  ECF No. 9.  On November 28, 2023, having again received no submissions, the Court ordered the parties to submit the documents by December 29, 2023, or Plaintiff to file a letter stating his intentions regarding the prosecution of this action.  ECF No. 10.  Those submissions are now overdue.

      Accordingly, by **January 16, 2024,** the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall file a letter stating his intentions regarding the prosecution of this action.  Plaintiff is advised that continued failure to comply with this Court's orders will result in dismissal under Federal Rule of Civil Procedure 41(b).

      SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge